CITY OF AKRON, APPELLEE, *v.* KIRBY, APPELLANT.

[Cite as *Akron v. Kirby* (1997), 78 Ohio St.3d 1220.]

(No. 96–838—Submitted April 1, 1997—Decided May 14, 1997.)

*Douglas J. Powley*, Chief City Prosecutor, and *Charles R. Quinn*, Assistant City Prosecutor, for appellee.

*Edmund M. Sawan,* for appellant.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.